

 Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942. Harry A. Biossat and William Chones, for appellant; Chadwick, Johnson & Leone, for appellee; Wm. H. Chadwick and A. Andrew Leone, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''

Bernice Hilger, Administratrix of Estate of Peter Hilger, Deceased, and Ollie De Angelo, Appellees, v. Public Service Company of Northern Illinois, Appellant.

Rose Hilger, Administratrix of Estate of Martin Hilger, Deceased, Appellee, v. Public Service Company of Northern Illinois, Appellant.

Gen. No. 41,842. 

 Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942; rehearing denied April 6, 1942. Gardner, Morrow, Fowler & Merrick and Kent J. Owens, for appellant; Walter M. Fowler, of counsel; Guy C. Guerine and McKinley, Price & Quindry, for appellees; Guy C. Guerine, William McKinley and Paul E. Price, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''